**Judgment in a Civil Case**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ELIZABETH ANN McCULLOUGH, ) <br> f/k/a Elizabeth Ann Emmons, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JO ANNE B. BARNHART, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) | CIVIL NO. 04-919-PMF |

## JUDGMENT IN A CIVIL CASE

**Decision by the Court.** This action came before the Court for judicial review of the Commissioner's decision denying Plaintiff's January, 2003, application for supplemental security income., the Court having rendered its decision reversing and remanding the case for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g),

**IT IS ORDERED AND ADJUDGED** that judgment be, and it is, hereby, entered in favor of Plaintiff Elizabeth Ann McCullough and against Defendant Jo Anne B. Barnhart, Commissioner of Social Security.

**DATED:  April 21, 2006**                                   **NORBERT G. JAWORSKI, CLERK**

                                                                                **By: s/Karen R. Metheney**
                                                                                         **Deputy Clerk**

**APPROVED:**

*s/Philip M. Frazier*
**HON. PHILIP M. FRAZIER**